IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

ANTHUAN PHU PHAM, : Civil No. 3:22-cv-344
:
    Plaintiff : (Judge Mariani)
:
v. :
:
MS. H. WALTERS, *et al.*, :
:
    Defendants :

## ORDER

**AND NOW**, this ____ day of January, 2023, upon consideration of the motion (Doc. 23) to dismiss and for summary judgment by Defendants Sommer, Simonson, Walters, and Bradley, and the parties' respective briefs in support of and in opposition to said motion, and for the reasons set forth in the accompanying Memorandum, **IT IS HEREBY ORDERED THAT:**

1. The motion (Doc. 23) for summary judgment is **GRANTED**.

2. The Clerk of Court is directed to **ENTER** judgment in favor of Dr. Diane Sommer; Jeremy Simonson, Health Service Assistant; Heather Walters, Physician Assistant; and Eric Bradley, Warden; and against Plaintiff.

3. The action against Dr. Mowatt is **DISMISSED** pursuant to Rule 4(m) of the Federal Rules of Civil Procedure. *See* FED. R. CIV. P. 4(m).

4. The Clerk of Court is directed to **CLOSE** this case.

5. Any appeal from this Order is **DEEMED** frivolous and not taken in good faith. *See* 28 U.S.C. § 1915(a)(3).

_____
Robert D. Mariani
United States District Judge